BOOK 838 PAGE 61

STATE OF MISSISSIPPI

COUNTY OF RANKIN

**BELLSOUTH TELECOMMUNICATIONS**

LOC.: NE¼, SW¼, Sec. 31, T6N-R4E EASEMENT NAME: CHARLES E. SPANN, GEORGE SPANN, [illegible]

For and in consideration of TWELVE HUNDRED dollars ($1200.00) and other good and valuable consideration, the adequacy and receipt of which is hereby acknowledged, the undersigned owner(s) of the premises described below, hereinafter referred to as Grantor, do(es) hereby grant to BELLSOUTH TELECOMMUNICATIONS, INC., a Georgia corporation, its licensees, agents, successors, assigns, and allied and associated companies, hereinafter referred to as Grantee, an easement to construct, operate, maintain, add, and/or remove such systems of communications, facilities, or related services as the Grantee may from time to time require upon, over, and under a portion of the lands described in Deed Book [illegible], page [illegible], RANKIN County, Mississippi, Records, and, to the fullest extent the grantor has the power to grant, upon, over, along, and under the roads, streets, or highways adjoining or through said property. The said easement is more particularly described as follows:

All that tract or parcel of land lying in Section 31, Township 6 NORTH, Range 4 EAST, CHOCTAW Meridian, RANKIN County, State of Mississippi, consisting of a (strip) (parcel) of land 30 FEET LONG AND 30 FEET WIDE AS DESCRIBED IN DETAIL ON SURVEY PLAT "EXHIBIT A" ATTACHED HERETO, AND MADE A PART HEREOF.

The following rights are also granted: the exclusive right to allow any other person, firm, or corporation to attach wires or lay cable or conduit or other appurtenances upon, over, and under said easement for communications or electric power transmission or distribution; ingress to and egress from said easement at all times; the right, but not the obligation, to clear the easement and keep it cleared of all trees, undergrowth, or other obstructions; the right, but not the obligation, to trim and cut and keep trimmed and cut all dead, weak, leaning, or dangerous trees or limbs outside the easement which might interfere with or fall upon the lines or systems of communication or power transmission or distribution; and the right to relocate said facilities, systems of communications, or related services on said lands to conform to any future highway relocation, widening, or improvements.

To have and to hold the above granted easement unto BellSouth Telecommunications, Inc., its licensees, agents, successors, assigns, and allied and associated companies forever and in perpetuity.

Grantor warrants that grantor is the true owner of record of the above described land on which the aforesaid easement is granted.

SPECIAL STIPULATIONS OR COMMENTS:
The following special stipulations shall control in the event of conflict with any of the foregoing easement:

911 ADDRESS: 634 ANDREW CHAPEL RD.
BRANDON, MS 39042

Preparer's name and address:
(Return document to the BellSouth address on back)

F400 TRICKHAM BRIDGE RD.

CONSULTECH/BRENDA SMITH,
P.O. BOX 97,
BROOKHAVEN, MS 39602

In witness whereof, the undersigned has/have caused this instrument to be executed on the 23rd day of April, 1993.

Signed, sealed and delivered in the presence of:

[signature]
Witness

Witness

[signature] L.S.
Owner: GEORGE SPANN

[signature] L.S.
Owner: CHARLES E. SPANN

[signature] L.S.
Owner: BONNIE ANDERSON

[signature] L.S.
Owner: SIDNEY KERSH

State of Mississippi
County of RANKIN

Personally appeared before me, the undersigned authority in and for the said county and state, on this 23rd day of APRIL, 1993, within my jurisdiction, the within named GEORGE SPANN, CHARLES SPANN, [illegible], who acknowledged that he (she) executed the above and foregoing instrument.

[signature]
Notary Public

My Commission Expires:

[illegible stamp]

[Seal: BRENDA G. SMITH NOTARY PUBLIC LINCOLN COUNTY, MS]

Grantor's Address:

GEORGE SPANN
599 LUCKNEY RD.
BRANDON, MS. 39042

Grantee's Address:

BellSouth Telecommunications, Inc.
c/o MARY RAY WILLIAMS
[illegible] WHITE STREET EXTENDED
CLEVELAND, MS 38732

TO BE COMPLETED BY BELLSOUTH TELECOMMUNICATIONS, INC.

| District | | Wire Center | Authority |
|---|---|---|---|
| JACKSON | | BRANDON (825) | P730753 |
| Drawing | Estimate | Plat Number | R/W Number |
| | | 0606 | |
| Approval | | | Title |
| | | | |

STATE OF MISSISSIPPI
COUNTY OF HINDS
CITY OF JACKSON

BOOK 836 PAGE 63

## CERTIFICATE OF SURVEY

THIS IS TO CERTIFY THAT, H D Lang and Associates, Inc. of the City of Jackson, Mississippi, has this day completed a survey of the property now owned by Charles E. Spann, George Spann, Dornie Anderson and Sidney Kersh

Located at Intersection of Andrew Chapel Road and Trickham Bridge Road; , in the County of Rankin aforesaid, being further described as follows, to-wit:

A certain parcel of land being situated in the Northeast ¼ of the Southwest ¼ of Section 31, T6N-R4E, Rankin County, Mississippi, and being more particularly described as follows:

Begin at a PK nail in asphalt, said POINT OF BEGINNING being the Point of Intersection of the North right-of-way line of Trickham Bridge Road with the East right-of-way line of Andrew Chapel Road (as both are now laid out and improved); said point further being the Southwest corner of the Charles E. Spann, George Spann, Domie Anderson and Sidney Kersh property as described in deed recorded in Deed Book 617 at Page 436, on file and of record in the office of the Chancery Clerk of Rankin County at Brandon, Mississippi; run thence North 15 degrees 19 minutes 00 seconds West along said East right-of-way line of Andrew Chapel Road and the West line of said Charles E. Spann, George Spann, Domie Anderson and Sidney Kersh property for a distance of 30.00 feet to a set PK nail in asphalt; leaving said East right-of-way line of Andrew Chapel Road and said West line of the Charles E. Spann, George Spann, Domie Anderson and Sidney Kersh property, run thence North 77 degrees 24 minutes 35 seconds East for a distance of 30.00 feet to a set PK nail in asphalt; run thence South 15 degrees 19 minutes 00 seconds East for a distance of 30.00 feet to a set iron pin on the aforesaid North right-of-way line of Trickham Bridge Road and the South line of said Charles E. Spann, George Spann, Domie Anderson and Sidney Kersh property; run thence South 77 degrees 24 minutes 35 seconds West along said North right-of-way line of Trickham Bridge Road and

AND I ALSO CERTIFY, that there are no encroachments by the buildings of the adjacent property owners upon the surveyed premises.

AND I FURTHER CERTIFY that all the buildings and improvements of the above owner are within the boundaries of the above property of which the said owner is now in possession, subject to the exceptions shown below, if any, and that the plat hereto attached is a correct representation of the conditions as they exist on this date.

Witness my signature this the 25th day of May , 1998 .

H D LANG AND ASSOCIATES, INC.

By Don F. Garner, PLS

DON FARRELL GARNER REGISTERED PROFESSIONAL LAND SURVEYOR LS-02468 STATE OF MISSISSIPPI

said South line of the Charles E. Spann, George Spann, Donnie Anderson and Sidney Kersh property for a distance of 30.00 feet to the POINT OF BEGINNING, containing 899.0 square feet, more or less.

BOOK 836 PAGE 65
ANDREW CHAPEL ROAD
TRICKHAM BRIDGE ROAD
P.O.B.
CHANCERY CLERK
RANKIN COUNTY, MS
NOTES:
THIS PARCEL OF LAND MAY BE SUBJECT TO THE FOLLOWING:
1. ANY RECORDED, UNRECORDED, OR MISINDEXED INSTRUMENTS WHICH WOULD BE DISCLOSED BY A COMPETENT TITLE EXAMINATION OF SUBJECT PROPERTY.
2. NORTH DERIVED FROM NORTH RIGHT-OF-WAY LINE OF TRICKHAM BRIDGE ROAD.
3. SURVEY CLASSIFICATION "B"
4. PARCEL CONTAINS 899.0 SQUARE FEET.
5. THIS PROPERTY LIES WITHIN THE LIMITS ESTABLISHED FOR ZONE "C" ACCORDING TO FIRM MAP NUMBER 280142 0160 C EFFECTIVE DATE: JUNE 19, 1989.
PLAT OF SURVEY
FOR
CHARLES E. SPANN,
GEORGE SPANN,
DORNIE ANDERSON &
SIDNEY KERSH
SITUATED IN THE
NE 1/4 OF THE SW /4 OF
SECTION 31, T6N-R4E
RANKIN COUNTY, MISSISSIPPI
H D LANG AND ASSOCIATES, INC.
ENGINEERS / LAND SURVEYORS
POST OFFICE BOX 16085
JACKSON, MISSISSIPPI 39236-6085
JOB NO. 98-098
SCALE: 1"=40'
MAY 25, 1998
5-26 3:00
836 61
D.C.

31-6-4

South Central Bell
A BELLSOUTH Company

(1)

# Right Of Way & Easement

BOOK 635 PAGE 663

For and in consideration of Three Hundred Fifteen & 00/100 ($ 315.00) dollars and other good and valuable consideration the receipt of which is hereby acknowledged, the undersigned, its successors, heirs and assigns do hereby grant to South Central Bell Telephone Company, its licensees, successors, and assigns (hereinafter referred to as Grantee), a right of way and easement to construct, operate, maintain, and ~~underground~~ such lines or systems of communications or related services as the Grantee may require from time to time consisting of:

~~A. Poles, guys, anchors, aerial cables and wires;~~
B. Buried cables, wires, terminals, markers, splicing boxes, pedestals;
~~C. Conduit, manholes, markers, underground cables and wires;~~
~~D. Other amplifiers, boxes, appurtenances or devices; and~~
~~E. Repeater stations, buildings, shelters and structures for the protection and containment of the devices and their appurtenances including but not limited to~~

Upon, over and under a strip of land 15 feet wide across the following lands in RANKIN County, State of Mississippi, Section 31 Township 6N Range 4E described as follows

ALONG TRICKHAM BRIDGE RD. AS SHOWN ON SKETCH.

and to the fullest extent the undersigned has the power to grant, if at all, along and under the roads, streets, or highways adjoining or through said property.

The following rights are also granted: to allow any other person, firm or corporation to attach wires or lay cable or conduit or other appurtenances upon, over and under said easement for communications or electric power transmission or distribution; ingress and egress to said easement at all times; to clear the easement and keep it cleared of all trees, undergrowth or other obstructions; to trim and cut and keep trimmed and cut all dead, weak, leaning or dangerous trees or limbs outside of the easement which might interfere with or fall upon the lines or systems of communications or power transmission or distribution; and the right to relocate said facilities on said lands to conform to any future highway relocation, widening or improvements.

To have and to hold the above granted easement unto South Central Bell Telephone Company, its successors and assigns forever and in perpetuity.

Grantor(s) warrant(s) that he/she/they is/are the true owner(s) of record of the above described land on which the aforesaid easement is granted.

In witness whereof, the undersigned has/have caused this instrument to be executed on the 7TH day of NOV., 19 91.

| | |
|---|---|
| Witness [signature] | Owner Evergreen U.M. Church L.S. |
| Witness | Owner [illegible] L.S. |
| Name Of Corporation | By 518 ANDREW CHAPEL RD. |
| Attest | Title BRANDON, MS. 39042 |

**South Central Bell Telephone Company Use Only**

| Authority | Classification | Area | Dist. | Loc. | Exchange |
|---|---|---|---|---|---|
| 182-1151 | R-15C | MISSISSIPPI | 1 | 33 | 825 |

| Approved | Title |
|---|---|
| [signature] A. V. Johnson | MANAGER OSPE |

Comments PLEASE BURY CABLE EXTRA DEEP. (30")

BOOK 635 PAGE 664

Sketch

EVERGREEN METHODIST CHURCH PROPERTY

REUBEN FORTURE PROPERTY

PROPOSED 15' ESMNT

S. ANDREW CHAPEL RD.

STRICKLAND BRIDGE RD.

R/W

## Acknowledgements

### Proving The Witness

State of Mississippi
County of ____

Before me, the undersigned authority, personally came and appeared Anthony ____ who being by me first duly sworn, deposed and said that he is one of the subscribing witnesses to the signature of Charles E. ____ to the above and foregoing document; that he saw the said Charles E. ____ execute the said document and that appeared signed same, together with ____ the other subscribing witness.

Witness my hand and seal this 16th day of December, 1972

Notary Public

My commission expires ____ day of ____ 73

### Individual

State of Mississippi
County of ____

Personally appeared before me ____ who acknowledged that ____ of the contents ____ his/her/their act and deed for the purposes therein contained ____ with whom ____ personally acquainted, ____ and delivered the same voluntarily as

RANKIN COUNTY MS. THIS INSTRUMENT WAS FILED FOR RECORD 12-19 at 11:50 AM. Bk 635 P 664. J. B. BARLOW, CHY. CLK. BY ____ D.C.

Witness my hand and seal this ____ day of ____, 19____

Notary Public

My commission expires this ____ day of ____, 19____

### Corporation Form

State of Mississippi
County of ____

Before me ____ of the state and county aforesaid, appeared ____ with whom I am personally acquainted, and who being duly sworn, acknowledged himself/herself to be ____ the ____ of ____, the within named bargainer, a corporation, and further acknowledged that he/she as such ____ being authorized by the Board of Directors of said corporation, so to do, executed the foregoing instrument, and affixed the corporate seal thereto, for the purposes therein contained, by signing the name of the corporation by himself/herself as ____ And that the said ____ acknowledged the said writing to be the free act and deed of the said corporation.

Witness my hand and seal this ____ day of ____, 19____

Notary Public

My commission expires this ____ day of ____, 19____

South Central Bell (9)

31-6-4 BOOK 643 PAGE 319 PARCEL C.E. BARDWELL

South Central Bell (1)
A BELLSOUTH Company

# Right Of Way & Easement

M-16-M-SC (4-87)

For and in consideration of ONE HUNDRED SEVENTY FIVE & 175.00 dollars and other good and valuable consideration, the receipt of which is hereby acknowledged, the undersigned, its successors, heirs and assigns do hereby grant to South Central Bell Telephone Company, its licensees, successors, and assigns (hereinafter referred to as Grantee), a right of way and easement to construct, operate, maintain, add and/or remove such lines or systems of communications or related services as the Grantee may require from time to time consisting of:

A. ~~Poles, guys, anchors, aerial cables and wires;~~
B. Buried cables, wires, terminals, markers, splicing boxes, pedestals;
C. Conduit, manholes, markers, underground cables and wires;
D. ~~Other amplifiers, boxes, appurtenances or devices; and~~
E. ~~Repeater stations, buildings, shelters, and structures for the protection and containment of the aforesaid and their appurtenances, including but not limited to~~

Upon, over and under a strip of land 10'-0" feet wide across the following lands in RANKIN County, State of Mississippi, Section 31 Township 6 NORTH, Range 4 EAST, described as follows:
A 10'-0" WIDE EASEMENT ALONG THE EAST R.O.W. OF ANDREW CHAPEL DRIVE. (SEE SKETCH)

and to the fullest extent the undersigned has the power to grant, if at all, along and under the roads, streets, or highways adjoining or through said property.

The following rights are also granted: to allow any other person, firm or corporation to attach wires or lay cable or conduit or other appurtenances upon, over and under said easement for communications or electric power transmission or distribution; ingress and egress to said easement at all times; to clear the easement and keep it cleared of all trees, undergrowth or other obstructions; to trim and cut and keep trimmed and cut all dead, weak, leaning or dangerous trees or limbs outside of the easement which might interfere with or fall upon the lines or systems of communications or power transmission or distribution; and the right to relocate said facilities on said lands to conform to any future highway relocation, widening or improvements.

To have and to hold the above granted easement unto South Central Bell Telephone Company, its successors and assigns forever and in perpetuity.

Grantor(s) warrant(s) that he/she/they is/are the true owner(s) of record of the above described land on which the aforesaid easement is granted.

In witness whereof, the undersigned has/have caused this instrument to be executed on the 20Th day of MARCH, 19 92.

| | |
|---|---|
| Witness E.R. Breedlove | Owner x C.E. Bardwell L.S. |
| Witness B.R. Breedlove | Owner x [signature] Bardwell L.S. |
| Name Of Corporation | Address 456 ANDREW CHAPEL ROAD |
| Attest | City BRANDON, MS. 39042 |

South Central Bell Telephone Company Use Only

| Authority | Classification | Area | Dist. | Loc. | Exchange |
|---|---|---|---|---|---|
| 27J-0445N | R45C | MISS | 2 | 51 | Brandon |

Approved Q.V. Johnson Title Manager

Comments (1) GRANTOR STIPULATES THAT BELL OR ANY OF IT'S AGENTS MUST CALL GRANTOR AND MAKE ARRANGEMENTS TO COME ON GRANTORS PROPERTY TO DO MAINTENANCE ANY TIME IN THE FUTURE.

BOOK 643 PAGE 329

Sketch

C.B. BARDWELL &
SADIE R. BARDWELL
PROPERTY

HOUSE

DRIVE

10'-0" SCB. ROW & EASEMENT

FENCE

350'-0"±

ANDREW CHAPEL ROAD

R/W

## Acknowledgements

### Proving The Witness

State of Mississippi
County of Hinds

Before me, the undersigned authority, personally came and appeared R.R. Bradley who being by me first duly sworn, deposed and said that he is one of the subscribing witnesses to the signature of C.B. & Sadie R. Bardwell to the above and foregoing document; that he saw the said C.B. & Sadie R. Bardwell, execute the said document and that appeared signed same, together with _____, the other subscribing witness.

Witness my hand and seal this 15th day of April, 19 92.

Notary Public

My commission expires this _____ day of _____

### Individual

State of Mississippi
County of _____

Personally appeared before me _____ the within named grantor(s) with whom I am personally acquainted, who acknowledged that, being informed of the contents of the within named instrument he/she/they executed and delivered the same voluntarily as his/her/their act and deed for the purposes therein contained.

Witness my hand and seal this _____ day of _____, 19___

Notary Public

My commission expires this _____

day of _____, 19___

### Corporation Form

State of Mississippi
County of _____

Before me _____ of the state and county aforesaid, appeared _____ with whom I am personally acquainted, and who, being duly sworn, acknowledged himself/herself to be _____ of the _____ the within named bargainer, a corporation, and further acknowledged that he/she as such _____, being authorized by the Board of Directors of said corporation, so to do, executed the foregoing instrument, and affixed the corporate seal thereto, for the purposes therein contained, by signing the name of the corporation by himself/herself as _____. And that the said _____ acknowledged the said writing to be the free act and deed of the said corporation.

Witness my hand and seal this _____ day of _____, 19___

Notary Public

My commission expires this _____

day of _____, 19___

BOOK 643 PAGE 321

LIMITED DAMAGE RELEASE

For and in consideration of one hundred and fifty dollars ($150.00) when paid in hand by South Central Bell Telephone Company, the undersigned property owner agrees that initial construction damages, including inconvenience and nuisance, etc., are hereby compensated. This release does not extend to cover any future damage to property occurring during maintenance, repair, reinforcement, nor any initial construction damage exceeding this predetermined amount. Said property is described as follows:

A strip of land being ~~45~~ 10'-0" wide by approximately 350'-0" long lying parallel and adjacent to the north R.O.W. line on Andrew Chapel Drive, being situated in Section 31, Township 6 North, Range . East, Rankin Co. Mississippi and being part of the same piece of property described in Deed Book 411-Page 155 , filed in the Rankin County Court House.

In witness whereof, the undersigned has caused this instrument to be executed on the 20 day of March, 19 92

WITNESS: B.K. Bradley

OWNER(S) C. E. Bardwell, Addie R. Bardwell

RANKIN COUNTY MS THIS INSTRUMENT WAS FILED FOR RECORD 4-16 92 2:10 BK 643 PG 319 MURPHY ADKINS, CHY. CLK. BY [signature] D.C.



31-6-4

BOOK 643 PAGE 322

**South Central Bell** (2)
*A BELLSOUTH Company*

# Right Of Way & Easement

For and in consideration of ONE HUNDRED & ELEVEN & 00/100 ($ 111.00) dollars and other good and valuable consideration, the receipt of which is hereby acknowledged, the undersigned, its successors, heirs and assigns do hereby grant to South Central Bell Telephone Company, its licensees, successors, and assigns (hereinafter referred to as Grantee), a right of way and easement to construct, operate, maintain, add and/or remove such lines or systems of communications or related services as the Grantee may require from time to time consisting of:

A. ~~Poles, guys, anchors, aerial cables and wires;~~
B. Buried cables, wires, terminals, markers, splicing boxes, pedestals;
C. Conduit, manholes, markers, underground cables and wires;
D. ~~Other amplifiers, boxes, appurtenances or devices; and~~
E. ~~Repeater stations, buildings, shelters, and structures for the protection and containment of the aforesaid and their appurtenances, including but not limited to~~

Upon, over and under a strip of land 15'-0" feet wide across the following lands in RANKIN County, State of Mississippi, Section 31, Township 6 NORTH, Range 4 EAST, described as follows:

A 15'-0" WIDE EASEMENT ALONG THE WEST R.O.W. LINE OF ANDREW CHAPEL ROAD. (SEE SKETCH)

and to the fullest extent the undersigned has the power to grant, if at all, along and under the roads, streets, or highways adjoining or through said property.

The following rights are also granted: to allow any other person, firm or corporation to attach wires or lay cable or conduit or other appurtenances upon, over and under said easement for communications or electric power transmission or distribution; ingress and egress to said easement at all times; to clear the easement and keep it cleared of all trees, undergrowth or other obstructions; to trim and cut and keep trimmed and cut all dead, weak, leaning or dangerous trees or limbs outside of the easement which might interfere with or fall upon the lines or systems of communications or power transmission or distribution; and the right to relocate said facilities on said lands to conform to any future highway relocation, widening or improvements.

To have and to hold the above granted easement unto South Central Bell Telephone Company, its successors and assigns forever and in perpetuity.

Grantor(s) warrant(s) that he/she/they is/are the true owner(s) of record of the above described land on which the aforesaid easement is granted.

In witness whereof, the undersigned has/have caused this instrument to be executed on the 25th day of MARCH, 19 92.

| | |
|---|---|
| Witness: B.R. Bradley [signature] | Owner: X [signature] L.S. |
| Witness: B.R. Bradley [signature] | Owner: X Bobbie R. Harvey [signature] L.S. |
| Name Of Corporation | Address: 471 ANDREW CHAPEL ROAD |
| Attest | City: BRANDON, MS. 39042 |

**South Central Bell Telephone Company Use Only**

| Authority | Classification | Area | Dwg. | Loc. | Exchange |
|---|---|---|---|---|---|
| 27J-0445N | R45C | 21195 | 2 | 56 | Brandon |

| Approved | Title |
|---|---|
| Q.V. Johnson [signature] | Manager |

Comments (1) RESTORE LAWN & LANDSCAPING
(2) RESTORE DRIVE AS REQUIRED TO ORIGINAL CONDITION.

BOOK 643 PAGE 323

**Sketch**

R/W FENCE
E.O.P.
ANDREW CHAPEL ROAD
222'-0"±
E.O.P.
R/W
15.0' SCO. R.O.W. & EASEMENT
FLORICE MILLER PROPERTY
SAMUEL & BOBBIE HARVEY PROPERTY
DRIVE
HOUSE
WILSON PROPERTY

## Acknowledgements

**Proving The Witness**

State of Mississippi
County of Hinds

Before me, the undersigned authority, personally came and appeared B.R. Broadlax, who being by me first duly sworn, deposed and said that he is one of the subscribing witnesses to the signature of Samuel B & Bobbie R Harvey, to the above and foregoing document; that he saw the said Samuel B & Bobbie R Harvey, execute the said document and that appeared signed same, together with ______________, the other subscribing witness.

Witness my hand and seal this 15TH day of April, 1992.

Notary Public

My commission expires ______ day of July, 1993

**Individual**

State of Mississippi
County of ______

Personally appeared ______ the within named grantor(s) with whom I am personally acquainted, who acknowledged ______ named instrument he/she/they executed and delivered the same voluntarily as his/her/their act

RANKIN COUNTY MS THIS INSTRUMENT WAS FILED FOR RECORD 4-16 @ 2:10 IN B 643 P 322 MURPHY ADKINS, CHY. CLK. BY ______ D.C.

Witness my hand and seal this ______ day of ______, 19___.

Notary Public

My commission expires this ______ day of ______, 19___

RANKIN COUNTY CHANCERY CLERK

**Corporation Form**

State of Mississippi
County of ______

Before me ______ of the state and county aforesaid, appeared ______ with whom I am personally acquainted, and who, being duly sworn, acknowledged himself/herself to be ______ of the ______, the within named bargainer, a corporation, and further acknowledged that he/she as such ______ being authorized by the Board of Directors of said corporation, so to do, executed the foregoing instrument, and affixed the corporate seal thereto, for the purposes therein contained, by signing the name of the corporation by himself/herself as ______. And that the said ______ acknowledged the said writing to be the free act and deed of the said corporation.

Witness my hand and seal this ______ day of ______, 19___.

Notary Public

My commission expires this ______ day of ______, 19___

30-64

South Central Bell (3)
A BELLSOUTH Company

BOOK 643 PAGE 324

# Right Of Way & Easement

5416-M-SC (4-87)

For and in consideration of SEVENTY ONE & 50/100 ($ 71.50) dollars and other good and valuable consideration, the receipt of which is hereby acknowledged, the undersigned, its successors, heirs and assigns do hereby grant to South Central Bell Telephone Company, its licensees, successors, and assigns (hereinafter referred to as Grantee), a right of way and easement to construct, operate, maintain, add and/or remove such lines or systems of communications or related services as the Grantee may require from time to time consisting of:

~~A. Poles, guys, anchors, aerial cables and wires;~~
B. Buried cables, wires, terminals, markers, splicing boxes, pedestals;
C. Conduit, manholes, markers, underground cables and wires;
~~D. Other amplifiers, boxes, appurtenances or devices and~~
~~E. Repeater stations, buildings, shelters, and structures for the protection and containment of the aforesaid and their appurtenances, including but not limited to~~

Upon, over and under a strip of land 10'-0" feet wide across the following lands in Rankin County, State of Mississippi, Section 30, Township 6 NORTH, Range 4 EAST described as follows:
A 15'-0" WIDE EASEMENT RUNNING ALONG THE WEST R.O.W. LINE OF ANDREW CHAPEL ROAD. (SEE SKETCH)

and to the fullest extent the undersigned has the power to grant, if at all, along and under the roads, streets, or highways adjoining or through said property.

The following rights are also granted: to allow any other person, firm or corporation to attach wires or lay cable or conduit or other appurtenances upon, over and under said easement for communications or electric power transmission or distribution; ingress and egress to said easement at all times; to clear the easement and keep it cleared of all trees, undergrowth or other obstructions; to trim and cut and keep trimmed and cut all dead, weak, leaning or dangerous trees or limbs outside of the easement which might interfere with or fall upon the lines or systems of communications or power transmission or distribution; and the right to relocate said facilities on said lands to conform to any future highway relocation, widening or improvements.

To have and to hold the above granted easement unto South Central Bell Telephone Company, its successors and assigns forever and in perpetuity.

Grantor(s) warrant(s) that he/she/they is/are the true owner(s) of record of the above described land on which the aforesaid easement is granted.

In witness whereof, the undersigned has/have caused this instrument to be executed on the 12TH day of MARCH, 19 92.

| | |
|---|---|
| Witness B.K. Bradley | Owner X Florice Miller L.S. |
| Witness | Owner FLORICE MILLER L.S. |
| Name Of Corporation | By 479 ANDREW CHAPEL ROAD |
| Attest | Title BRANDON, MS. 39042 |

**South Central Bell Telephone Company Use Only**

| Authority | Classification | Area | Drwg. | Loc. | Exchange |
|---|---|---|---|---|---|
| 27J-0445N | R45C | 11135 | 2 | 57 | Brandon |

| Approved | Title |
|---|---|
| O. V. Johnson | Manager |

Comments (1) DO NOT DISTURB LANDSCAPING
(2) DRIVEWAY IS TO BE RETURNED TO ORIGINAL CONDITION, AFTER BURIED CABLE CONSTRUCTION IS COMPLETED BY SOUTH CENTRAL BELL.

North

BOOK 643 PAGE 325

Reverse

Sketch

R/W

EOP

ANDREW CHAPEL ROAD

R/W EOP

EOP R/W

< 10.0' SCE. RIGHT OF WAY & EASEMENT >

TAMMY BURGE, ET AL PROPERTY

FLORICE MILLER PROPERTY

DRIVE

HARVEY PROPERTY

HOUSE

## Acknowledgements

### Proving The Witness

State of Mississippi
County of Hinds

Before me, the undersigned authority, personally came and appeared B.R. Bryllove who being by me first duly sworn, deposed and said that he is one of the subscribing witnesses to the signature of Florice Miller to the above and foregoing document; that he saw the said Florice Miller execute the said document and that appearer signed same, together with ____________ the other subscribing witness.

Witness my hand and seal this 15th day of April 1997

Notary Public

My commission expires [illegible]

day of June [illegible] 97

### Individual

State of Mississip[illegible]
County of ____

RANKIN COUNTY MS THIS INSTRUMENT WAS FILED FOR RECORD

[illegible] 4-16 [illegible]
[illegible] B 643 P 324

MURPHY ADKINS, CHY. CLK.
BY [illegible] D.C.

Personally appea[illegible] ____ the within named grantor(s) with whom I am personally acquainted, who acknowledg[illegible] said instrument he/she/they executed and delivered the same voluntarily as his/her/their act a[illegible]

Witness my hand and seal this ________ day of ________ 19____

RANKIN COUNTY, MS. CHANCERY CLK.

Notary Public

My commission expires this ____________

day of ____________, 19____

### Corporation Form

State of Mississippi
County of ____________

Before me ____________ of the state and county aforesaid, appeared ____________ with whom I am personally acquainted, and who, being duly sworn, acknowledged himself/herself to be ____________ of the ____________, the within named bargainer, a corporation, and further acknowledged that he/she as such ____________ being authorized by the Board of Directors of said corporation, so to do, executed the foregoing instrument, and affixed the corporate seal thereto, for the purposes therein contained, by signing the name of the corporation by himself/herself as ____________. And that the said ____________ acknowledged the said writing to be the free act and deed of the said corporation.

Witness my hand and seal this ________ day of ________ 19____

Notary Public

My commission expires this ____________

day of ____________, 19____

"Bobby"

South Central Bell
A BELLSOUTH Company

(4)

BOOK 643 PAGE 326

# Right Of Way & Easement

For and in consideration of SEVENTY & 00/100 $ 70.00 dollars and other good and valuable consideration, the receipt of which is hereby acknowledged, the undersigned, its successors, heirs and assigns do hereby grant to South Central Bell Telephone Company, its licensees, successors, and assigns (hereinafter referred to as Grantee), a right of way and easement to construct, operate, maintain, add and/or remove such lines or systems of communications or related services as the Grantee may require from time to time consisting of:

~~A. Poles, guys, anchors, aerial cables and wires;~~
B. Buried cables, wires, terminals, markers, splicing boxes, pedestals;
C. Conduit, manholes, markers, underground cables and wires;
~~D. Other amplifiers, boxes, appurtenances or devices; and~~
~~E. Repeater stations, buildings, shelters, and structures for the protection and containment of the aforesaid and their appurtenances, including but not limited to~~

Upon, over and under a strip of land 15'-0" feet wide across the following lands in RANKIN County, State of Mississippi, Section 30, Township 6 NORTH, Range 4 EAST, described as follows:
A 15'-0" WIDE EASEMENT ALONG THE WEST R.O.W. LINE OF ANDREW CHAPEL ROAD. (SEE SKETCH)

and to the fullest extent the undersigned has the power to grant, if at all, along and under the roads, streets, or highways adjoining or through said property.

The following rights are also granted: to allow any other person, firm or corporation to attach wires or lay cable or conduit or other appurtenances upon, over and under said easement for communications or electric power transmission or distribution; ingress and egress to said easement at all times; to clear the easement and keep it cleared of all trees, undergrowth or other obstructions; to trim and cut and keep trimmed and cut all dead, weak, leaning or dangerous trees or limbs outside of the easement which might interfere with or fall upon the lines or systems of communications or power transmission or distribution; and the right to relocate said facilities on said lands to conform to any future highway relocation, widening or improvements.

To have and to hold the above granted easement unto South Central Bell Telephone Company, its successors and assigns forever and in perpetuity.

Grantor(s) warrant(s) that he/she/they is/are the true owner(s) of record of the above described land on which the aforesaid easement is granted.

In witness whereof, the undersigned has/have caused this instrument to be executed on the 12Th day of MARCH, 19 92.

| | |
|---|---|
| | x Richard Miller |
| Witness: [signature] Bradley | Owner: [signature] Bruce L.S. |
| Witness: David [signature] | Owner: [signature] H. Bruce L.S. |
| Name Of Corporation | By: 483 ANDREW CHAPEL ROAD |
| Attest | Title: BRANDON, MS. 39042 |

**South Central Bell Telephone Company Use Only**

| Authority | Classification | Area | Dist. | Loc. | Exchange |
|---|---|---|---|---|---|
| 275-0445N | R45C | Miss | 2 | 58 | Brandon |

| Approved | Title |
|---|---|
| A. V. Johnson | Manager |

Comments (1) RESTORE LAWN & LANDSCAPING

BOOK 643 PAGE 327

NORTH

## Sketch

R/W EOP R/W EOP

140'-0"±

ANDREW CHAPEL ROAD

R/W EOP EOP R/W

15.0' GCB. RIGHT OF WAY & EASEMENT

FLORICE MILLER PROPERTY

TAMMY BURSE, ET AL PROPERTY

(4)

HOUSE

DRIVE

FLORICE MILLER PROPERTY

## Acknowledgements

### Proving The Witness

State of Mississippi
County of Hinds

Before me, the undersigned authority, personally came and appeared B.R. Bu[illegible] who being by me first duly sworn, deposed and said that he is one of the subscribing witnesses to the signature of [illegible] to the above and foregoing document; that he saw the said [illegible] execute the said document and that appears signed same, together with ________, the other subscribing witness.

Witness my hand and seal this 15TH day of April 1991

Notary Public
My commission expires the ____ day of July, 1993

### Individual

State of Mississippi
County of ____

Personally app[eared] ... who acknowle[dged] ... his/her/their ac[t] ... the within named grantor(s) with whom I am personally acquainted, ...named instrument he/she/they executed and delivered the same voluntarily as

HINDS COUNTY MS THIS INSTRUMENT WAS FILED FOR RECORD 91 4-16 AT 2:10 IN B 643 P 326 MURPHY ADKINS, CHY. CLK. BY [illegible] D.C.

Witness my hand and seal this ________ day of ________, 19____

Notary Public
My commission expires the ________ day of ________, 19____

### Corporation Form

State of Mississippi
County of ________

Before me ________ of the state and county aforesaid, appeared ________ with whom I am personally acquainted, and who, being duly sworn, acknowledged himself/herself to be ________ of the ________ the within named bargainer, a corporation, and further acknowledged that he/she as such ________, being authorized by the Board of Directors of said corporation, so to do, executed the foregoing instrument, and affixed the corporate seal thereto, for the purposes therein contained, by signing the name of the corporation by himself/herself as ________. And that the said ________ acknowledged the said writing to be the free act and deed of the said corporation.

Witness my hand and seal this ________ day of ________, 19____

Notary Public
My commission expires the ________ day of ________, 19____

3064 328

BOOK 643 PAGE 328

South Central Bell
A BELLSOUTH Company

(5)

**Right Of Way & Easement**

For and in consideration of SEVENTY & 00/100 ($ 70.00) dollars and other good and valuable consideration, the receipt of which is hereby acknowledged, the undersigned, its successors, heirs and assigns do hereby grant to South Central Bell Telephone Company, its licensees, successors, and assigns (hereinafter referred to as Grantee), a right of way and easement to construct, operate, maintain, add and/or remove such lines or systems of communications or related services as the Grantee may require from time to time consisting of:

~~A. Poles, guys, anchors, aerial cables and wires;~~
B. Buried cables, wires, terminals, markers, splicing boxes, pedestals;
C. Conduit, manholes, markers, underground cables and wires;
~~D. Other amplifiers, boxes, appurtenances or devices; and~~
~~E. Repeater stations, buildings, shelters, and structures for the protection and containment of the aforesaid and their appurtenances, including but not limited to:~~

Upon, over and under a strip of land 10' feet wide across the following lands in Rankin County, State of Mississippi, Section 30, Township 6 NORTH, Range 4 EAST, described as follows:
A 15'-0" EASEMENT ALONG THE WEST R.O.W. OF ANDREW CHAPEL RD. (SEE SKETCH)

and to the fullest extent the undersigned has the power to grant, if at all, along and under the roads, streets, or highways adjoining or through said property.

The following rights are also granted: to allow any other person, firm or corporation to attach wires or lay cable or conduit or other appurtenances upon, over and under said easement for communications or electric power transmission or distribution; ingress and egress to said easement at all times; to clear the easement and keep it cleared of all trees, undergrowth or other obstructions; to trim and cut and keep trimmed and cut all dead, weak, leaning or dangerous trees or limbs outside of the easement which might interfere with or fall upon the lines or systems of communications or power transmission or distribution; and the right to relocate said facilities on said lands to conform to any future highway relocation, widening or improvements.

To have and to hold the above granted easement unto South Central Bell Telephone Company, its successors and assigns forever and in perpetuity.

Grantor(s) warrant(s) that he/she/they is/are the true owner(s) of record of the above described land on which the aforesaid easement is granted.

In witness whereof, the undersigned has/have caused this instrument to be executed on the 12th day of MARCH, 19 92.

| | |
|---|---|
| Witness: B.K. Breedlove [signature] | Owner: x Florice Miller [signature] L.S. |
| Witness | Owner: FLORICE MILLER L.S. |
| Name Of Corporation | SS#: 479 ANDREW CHAPEL ROAD |
| Attest | Title: BRANDON, MS. 39042 |

**South Central Bell Telephone Company Use Only**

| Authority | Classification | Area | Dwg. | Loc. | Exchange |
|---|---|---|---|---|---|
| 27J-0449N | R45C | MISS | 3 | 53 | Brandon |

| Approved | Title |
|---|---|
| O.V. Johnson [signature] | Manager [signature] |

Comments: (1) DO NOT DISTURB LANDSCAPING.
(2) DRIVEWAY IS TO BE RETURNED TO ORIGINAL CONDITION, AFTER BURIED CABLE CONSTRUCTION IS COMPLETED BY SOUTH CENTRAL BELL.

BOOK 643 PAGE 329

NORTH

Sketch

RW — EOP — 160'-0" ± — ANDREW CHAPEL ROAD — EOP — RW — 10'-0" SCB RIGHT OF WAY & SERVITUDE — (FINCH PROPERTY) — (FLORICE MILLER PROPERTY) (5) — (BURSE PROPERTY) — PL — PL

## Acknowledgements

**Proving The Witness**

State of Mississippi
County of Hinds

Before me, the undersigned authority, personally came and appeared B. R. Bryllow who being by me first duly sworn, deposed and said that he is one of the subscribing witnesses to the signature of Florice Miller to the above and foregoing document; that he saw the said Florice Miller execute the said document and that appearer signed same, together with ______, the other subscribing witness.

Witness my hand and seal this 15th day of April, 19 92

Notary Public

My commission expires the ______ day of July, 19 93

**Individual**

State of Mississippi
County of ______

RANKIN COUNTY MS THIS INSTRUMENT WAS FILED FOR RECORD
4-7-6 at 2:10
DEED B 656 P 328
MURPHY AKERS, CHY. CLK.
BY ______ D.C.

Personally [...] the within named grantor(s) with whom I am personally acquainted, who acknow[...] named instrument he/she/they executed and delivered the same voluntarily as his/her/their [...]

Witness my hand and seal this ______ day of ______

Notary Public

My commission expires this ______ day of ______, 19__

**Corporation Form**

State of Mississippi
County of ______

Before me ______ of the state and county aforesaid, appeared ______ with whom I am personally acquainted, and who, being duly sworn, acknowledged himself/herself to be ______ of the ______, the within named bargainor, a corporation, and further acknowledged that he/she as such ______, being authorized by the Board of Directors of said corporation, so to do, executed the foregoing instrument, and affixed the corporate seal thereto, for the purposes therein contained, by signing the name of the corporation by himself/herself as ______. And that the said ______ acknowledged the said writing to be the free act and deed of the said corporation.

Witness my hand and seal this ______ day of ______, 19__

Notary Public

My commission expires this ______

day of ______, 19__

BOOK 643 PAGE 399

South Central Bell
A BELLSOUTH Company

# Right Of Way & Easement

For and in consideration of ONE HUNDRED THIRTY ONE ($131.00) dollars and other good and valuable consideration, the receipt of which is hereby acknowledged, the undersigned, its successors, heirs and assigns do hereby grant to South Central Bell Telephone Company, its licensees, successors, and assigns (hereinafter referred to as Grantee), a right of way and easement to construct, operate, maintain, add and/or remove such lines or systems of communications or related services as the Grantee may require from time to time consisting of:

A. ~~Poles, guys, anchors, aerial cables and wires;~~
B. Buried cables, wires, terminals, markers, splicing boxes, pedestals;
C. Conduit, manholes, markers, underground cables and wires;
D. ~~Other amplifiers, boxes, appurtenances or devices; and~~
E. ~~Repeater stations, buildings, shelters, and structures for the protection and containment of the aforesaid and their appurtenances, including but not limited to~~

Upon, over and under a strip of land 10'-0" feet wide across the following lands in RANKIN County, State of Mississippi, Section 30 Township 6 NORTH Range 4 EAST described as follows:

A 10'-0" WIDE EASEMENT ALONG THE WEST R.O.W. LINE OF ANDREW CHAPEL ROAD (SEE SKETCH)

and to the fullest extent the undersigned has the power to grant, if at all, along and under the roads, streets, or highways adjoining or through said property.

The following rights are also granted: to allow any other person, firm or corporation to attach wires or lay cable or conduit or other appurtenances upon, over and under said easement for communications or electric power transmission or distribution; ingress and egress to said easement at all times; to clear the easement and keep it cleared of all trees, undergrowth or other obstructions; to trim and cut and keep trimmed and cut all dead, weak, leaning or dangerous trees or limbs outside of the easement which might interfere with or fall upon the lines or systems of communications or power transmission or distribution; and the right to relocate said facilities on said lands to conform to any future highway relocation, widening or improvements.

To have and to hold the above granted easement unto South Central Bell Telephone Company, its successors and assigns forever and in perpetuity.

Grantor(s) warrant(s) that he/she/they is/are the true owner(s) of record of the above described land on which the aforesaid easement is granted.

In witness whereof, the undersigned has/have caused this instrument to be executed on the MARCH 27TH day of MARCH, 19 92.

| | |
|---|---|
| Witness B.R. BREEDLOVE | Owner Florice Miller — FLORICE MILLER L.S. |
| Witness | Owner FOR JOHN FINCH ESTATE — CHECK TO FLORICE MILLER L.S. |
| Name Of Corporation | By 419 ANDREW CHAPEL |
| Attest | Title BRANDON, MS. 39042 |

**South Central Bell Telephone Company Use Only**

| Authority | Classification | Area | Dist. | Loc. | Exchange |
|---|---|---|---|---|---|
| 27J-0445N | R45C | MISS | 3 | 55 | Brandon |

Approved O.V. Johnson Title Manager

Comments RESTORE LAWN & LANDSCAPING

BOOK 643 PAGE 331

NORTH

Sketch

R/W EOP — 262'-0" — ANDREW CHAPEL ROAD — EOP R/W

10'-0" G.C.B. RIGHT OF WAY & EASEMENT

DORSEY PROPERTY — JOHN FINCH PROPERTY (6) — HOUSE — DRIVE — FLORICE MILLER

## Acknowledgements

### Proving The Witness

State of Mississippi
County of Hinds

Before me, the undersigned authority, personally came and appeared B. R. Bagley who being by me first duly sworn, deposed and said that he is one of the subscribing witnesses to the signature of Florice Miller, to the above and foregoing document; that he saw the said Florice Miller, execute the said document and that appears signed same, together with ______ the other subscribing witness.

Witness my hand and seal this 15th day of April 1972.

Notary Public

My commission expires this ______ day of ______ 1973.

### Individual

State of Mississippi
County of ______

RANKIN COUNTY MS THIS INSTRUMENT WAS FILED FOR RECORD 4-16 ... 2:20 ... IN B 643 P 331 MURPHY ADKINS, CHY. CLK. BY ______ D.C.

Personally appeared ______, the within named grantor(s) with whom I am personally acquainted, who acknowledged that he/she/they executed the within named instrument he/she/they executed and delivered the same voluntarily as his/her/their act for the purposes therein contained.

Witness my hand and seal this ______ day of ______

CHANCERY CLERK RANKIN COUNTY

Notary Public

My commission expires this ______ day of ______, 19___

### Corporation Form

State of Mississippi
County of ______

Before me, ______ of the state and county aforesaid, appeared ______ with whom I am personally acquainted, and who, being duly sworn, acknowledged himself/herself to be ______ of the ______ the within named bargainer, a corporation, and further acknowledged that he/she as such ______ being authorized by the Board of Directors of said corporation, so to do, executed the foregoing instrument, and affixed the corporate seal thereto, for the purposes therein contained, by signing the name of the corporation by himself/herself as ______. And that the said ______ acknowledged the said writing to be the free act and deed of the said corporation.

Witness my hand and seal this ______ day of ______, 19___

Notary Public

My commission expires this ______ day of ______, 19___

30-6-4

BOOK 643 PAGE 332

South Central Bell
A BELLSOUTH Company

7

# Right Of Way & Easement

84164160 (4-87)

For and in consideration of Two Hundred & Fifty Five & 00/100 255.00 dollars and other good and valuable consideration, the receipt of which is hereby acknowledged, the undersigned, its successors, heirs and assigns do hereby grant to South Central Bell Telephone Company, its licensees, successors, and assigns (hereinafter referred to as Grantee), a right of way and easement to construct, operate, maintain, add and/or remove such lines or systems of communications or related services as the Grantee may require from time to time consisting of:

~~A. Poles, guys, anchors, aerial cables and wires;~~
B. Buried cables, wires, terminals, shelters, splicing boxes, pedestals;
C. Conduit, manholes, markers, underground cables and wires;
~~D. Other amplifiers, boxes, appurtenances or devices; and~~
~~E. Repeater stations, buildings, shelters, and structures for the protection and containment of the aforesaid and their appurtenances, including but not limited to~~ ______

Upon, over and under a strip of land 15'-0" feet wide across the following lands in Rankin County, State of Mississippi, Section 30 Township 6 NORTH, Range 4 EAST, described as follows:

A 15'-0" WIDE EASEMENT ALONG THE WEST R.O.W LINE OF ANDREW CHAPEL DRIVE. (SEE SKETCH)

and to the fullest extent the undersigned has the power to grant, if at all, along and under the roads, streets, or highways adjoining or through said property.

The following rights are also granted: to allow any other person, firm or corporation to attach wires or lay cable or conduit or other appurtenances upon, over and under said easement for communications or electric power transmission or distribution; ingress and egress to said easement at all times; to clear the easement and keep it cleared of all trees, undergrowth or other obstructions; to trim and cut and keep trimmed and cut all dead, weak, leaning or dangerous trees or limbs outside of the easement which might interfere with or fall upon the lines or systems of communications or power transmission or distribution; and the right to relocate said facilities on said lands to conform to any future highway relocation, widening or improvements.

To have and to hold the above granted easement unto South Central Bell Telephone Company, its successors and assigns forever and in perpetuity.

Grantor(s) warrant(s) that he/she/they is/are the true owner(s) of record of the above described land on which the aforesaid easement is granted.

In witness whereof, the undersigned has/have caused this instrument to be executed on the 19th day of March, 19 92.

| | |
|---|---|
| Witness: Karen Breedlove | Owner: X Jessie Dorsey L.S. |
| Witness: Robin Breedlove | Myrtis Dorsey L.S. |
| Name Of Corporation | By: 493 ANDREW CHAPEL ROAD |
| Attest | Title: BRANDON, MS. 39042 |

**South Central Bell Telephone Company Use Only**

| Authority | Classification | Area | Drwg. | Loc. | Exchange |
|---|---|---|---|---|---|
| 275-0445N | R45C | M199 | 3 | 56 | Brandon |

| Approved | Title |
|---|---|
| Q.V. Johnson | Manager |

**Comments**

BOOK 643 PAGE 333

NORTH

Sketch

R/W — E.O.P. — R/W

470'-0"

ANDREW CHAPEL ROAD

R/W — 15'-0" S.C.B. RIGHT OF WAY & EASEMENT — R/W — R/W

FLORA COLLIER PROPERTY

DRIVE

S DORSET PROPERTY (7)

TRAILER

HOUSE

DRIVE

FINCH PROPERTY

## Acknowledgements

### Proving The Witness

State of Mississippi
County of Hinds

Before me, the undersigned authority, personally came and appeared B.R. Buckley who being by me first duly sworn, deposed and said that he is one of the subscribing witnesses to the signature of Jessie & Mytie Heary, to the above and foregoing document; that he saw the said Jessie & Mytie Heary execute the said document and that appearer signed same, together with _____, the other subscribing witness.

Witness my hand and seal this 15th day of April 1992

Notary Public

My commission expires this _____ day of _____, 19 93

### Individual

State of Mississippi
County of

RANKIN COUNTY MS THIS INSTRUMENT WAS FILED FOR RECORD

at 4-16 @ 2:10
BK 643 Pg 332
MURPHY ADKINS, CHY. CLK.
BY [signature] D.C.

Personally _____ the within named grantor(s) with whom I am personally acquainted, who ackn_____ named instrument he/she/they executed and delivered the same voluntarily as his/her/their _____

Witness my hand and seal this _____ day of _____

CHANCERY CLERK * RANKIN CO.

My commission expires this _____ day of _____, 19___

### Corporation Form

State of Mississippi
County of _____

Before me _____ of the state and county aforesaid, appeared _____ with whom I am personally acquainted, and who, being duly sworn, acknowledged himself/herself to be _____ of the _____, the within named bargainer, a corporation, and further acknowledged that he/she as such _____ being authorized by the Board of Directors of said corporation, so to do, executed the foregoing instrument, and affixed the corporate seal thereto, for the purposes therein contained, by signing the name of the corporation by himself/herself as _____. And that the said _____ acknowledged the said writing to be the free act and deed of the said corporation.

Witness my hand and seal this _____ day of _____ 19___

Notary Public

My commission expires this _____ day of _____, 19___

3064 . 50 BOOK 643 PAGE 334

South Central Bell (8) Right Of Way & Easement

A BELLSOUTH Company

For and in consideration of FIFTY NINE & 00/100 ($59.00) dollars and other good and valuable consideration, the receipt of which is hereby acknowledged, the undersigned, its successors, heirs and assigns do hereby grant to South Central Bell Telephone Company, its licensees, successors, and assigns (hereinafter referred to as Grantee), a right of way and easement to construct, operate, maintain, add and/or remove such lines or systems of communications or related services as the Grantee may require from time to time consisting of:

A. ~~Poles, guys, anchors, aerial cables and wires;~~
B. Buried cables, wires, terminals, markers, splicing boxes, pedestals;
C. Conduit, manholes, markers, underground cables and wires;
D. ~~Other amplifiers, boxes, appurtenances or devices; and~~
E. ~~Repeater stations, buildings, shelters, and structures for the protection and containment of the systems and their appurtenances, including but not limited to~~

Upon, over and under a strip of land 15'-0" feet wide across the following lands in RANKIN County, State of Mississippi, Section 30 Township 6 NORTH Range 4 EAST described as follows:

A 15'-0" WIDE EASEMENT ALONG THE WEST R.O.W. LINE OF ANDREW CHAPEL ROAD. (SEE SKETCH)

and to the fullest extent the undersigned has the power to grant, if at all, along and under the roads, streets, or highways adjoining or through said property.

The following rights are also granted: to allow any other person, firm or corporation to attach wires or lay cable or conduit or other appurtenances upon, over and under said easement for communications or electric power transmission or distribution; ingress and egress to said easement at all times; to clear the easement and keep it cleared of all trees, undergrowth or other obstructions; to trim and cut and keep trimmed and cut all dead, weak, leaning or dangerous trees or limbs outside of the easement which might interfere with or fall upon the lines or systems of communications or power transmission or distribution; and the right to relocate said facilities on said lands to conform to any future highway relocation, widening or improvements.

To have and to hold the above granted easement unto South Central Bell Telephone Company, its successors and assigns forever and in perpetuity.

Grantor(s) warrant(s) that he/she/they is/are the true owner(s) of record of the above described land on which the aforesaid easement is granted.

In witness whereof, the undersigned has/have caused this instrument to be executed on the 26th day of MARCH 1992.

| | |
|---|---|
| Witness B.R. Broadlove | Owner [signature] L.S. |
| Witness | Owner L.S. |
| Name Of Corporation | 509 ANDREW CHAPEL ROAD |
| Attest | BRANDON, MS. 39042 |

South Central Bell Telephone Company Use Only

| Authority | Classification | Area | Dwg. | Lot | Exchange |
|---|---|---|---|---|---|
| 273-E445N | R45C | 11195 | 4 | 56 | Brandon |

| Approved | Title |
|---|---|
| A.V. Johnson | Manager |

Comments: (1) GRANTOR RESERVE THE RIGHT TO PAVE OVER EASEMENT.
(2) GRANTEES ARE TO RESTORE LAWN & LANDSCAPING.

BOOK 643 PAGE 335

NORTH

Sketch

RW
EOP 7
18'-0"
ANDREW CHAPEL ROAD
EOP
RW
15'-0" S.C.B. RIGHT OF WAY & EASEMENT
FLORA COLLIER PROPERTY
C FLORA COLLIER PROPERTY 7
8
HOUSE UNDER CONSTRUCTION
DRIVE
DORSEY PROPERTY

## Acknowledgements

**Proving The Witness**

State of Mississippi
County of Hinds

Before me, the undersigned authority, personally came and appeared B R Bradley who being by me first duly sworn, deposed and said that he is one of the subscribing witnesses to the signature of Flora B. Collier, to the above and foregoing document; that he saw the said Flora B. Collier execute the said document and that appearer signed same, together with ______ the other subscribing witness.

Witness my hand and seal this 15TH day of April 1992

Notary Public

My commission expires

day of

**Individual**

State of Mississippi
County of ______

RANKIN COUNTY MS THIS INSTRUMENT WAS FILED FOR RECORD 4/16 @ 2:10
IN B 643 P 334
MURPHY ADKINS, CHY, CLK.
BY ______ D.C.

Personally appeared ______ the within named grantor(s) with whom I am personally acquainted, who acknowledged that he/she/they executed and delivered the same voluntarily as his/her/their act and deed for the purposes therein contained.

Witness my hand and seal this ______ day of ______

[Seal: CHANCERY CLERK RANKIN COUNTY MS]

Notary Public

My commission expires this ______

day of ______, 19__

**Corporation Form**

State of Mississippi
County of ______

Before me ______ of the state and county aforesaid, appeared ______ with whom I am personally acquainted, and who, being duly sworn, acknowledged himself/herself to be ______ of the ______ the within named bargainer, a corporation, and further acknowledged that he/she as such ______ being authorized by the Board of Directors of said corporation, so to do, executed the foregoing instrument, and affixed the corporate seal thereto, for the purposes therein contained, by signing the name of the corporation by himself/herself as ______. And that the said ______ acknowledged the said writing to be the free act and deed of the said corporation.

Witness my hand and seal this ______ day of ______ 19__

Notary Public

My commission expires this ______

day of ______, 19__

BOOK 643 PAGE 336

643/336

South Central Bell
A BELLSOUTH Company

59 (9)

# Right Of Way & Easement

For and in consideration of Fifty & 00/100 (@ 50.00) dollars and other good and valuable consideration, the receipt of which is hereby acknowledged, the undersigned, its successors, heirs and assigns do hereby grant to South Central Bell Telephone Company, its licensees, successors, and assigns (hereinafter referred to as Grantee), a right of way and easement to construct, operate, maintain, add and/or remove such lines or systems of communications or related services as the Grantee may require from time to time consisting of:

~~A. Poles, guys, anchors, aerial cables and wires;~~
B. Buried cables, wires, terminals, markers, splicing boxes, pedestals;
C. Conduit, manholes, markers, underground cables and wires;
~~D. Other small fixtures, appurtenances or devices; and~~
~~E. Repeater stations, buildings, shelters, and structures for the protection and containment of the aforesaid and their appurtenances, including but not limited to~~

Upon, over and under a strip of land 15'-0" feet wide across the following lands in Rankin County, State of Mississippi, Section 30, Township 6 NORTH, Range 4 EAST described as follows:

A 15'-0" WIDE EASEMENT ALONG THE WEST R.O.W OF ANDREW CHAPEL ROAD. (SEE SKETCH)

and to the fullest extent the undersigned has the power to grant, if at all, along and under the roads, streets, or highways adjoining or through said property.

The following rights are also granted: to allow any other person, firm or corporation to attach wires or lay cable or conduit or other appurtenances upon, over and under said easement for communications or electric power transmission or distribution; ingress and egress to said easement at all times; to clear the easement and keep it cleared of all trees, undergrowth or other obstructions; to trim and cut and keep trimmed and cut all dead, weak, leaning or dangerous trees or limbs outside of the easement which might interfere with or fall upon the lines or systems of communications or power transmission or distribution; and the right to relocate said facilities on said lands to conform to any future highway relocation, widening or improvements.

To have and to hold the above granted easement unto South Central Bell Telephone Company, its successors and assigns forever and in perpetuity.

Grantor(s) warrant(s) that he/she/they is/are the true owner(s) of record of the above described land on which the aforesaid easement is granted.

In witness whereof, the undersigned has/have caused this instrument to be executed on the 26TH day of MARCH, 1992.

| | |
|---|---|
| Witness: B.K. Broadlon [signature] | Owner: X [signature] Collier L.S. |
| Witness | Owner L.S. |
| Name Of Corporation | By: 509 ANDREW CHAPEL ROAD |
| Attest | Title: BRANDON, MS. 39042 |

**South Central Bell Telephone Company Use Only**

| Authority | Classification | Area | Dstg. | Loc. | Exchange |
|---|---|---|---|---|---|
| 27J-0445N | R45C | MISS | 4 | 60 | Brandon |

| Approved | Title |
|---|---|
| [signature] | [signature] |

Comments (1) GRANTOR RESERVES THE RIGHT TO PAVE OVER EASEMENT.
(2) GRANTEES ARE TO RESTORE LAWN & LANDSCAPING.

BOOK 643 PAGE 337

NORTH

**Sketch**

R/W
EOP
100'-0"
ANDREW CHAPEL ROAD
EOP
R/W
5'-0" S.C.E. RIGHT OF WAY & EASEMENT
FLORA COLLIER PROPERTY (9)
DONNEY LOUIS COLLIER PROPERTY
FLORA COLLIER PROPERTY
HOUSE

## Acknowledgements

**Proving The Witness**

State of Mississippi
County of [signature]

Before me, the undersigned authority, personally came and appeared [signature] who being by me first duly sworn, deposed and said that he is one of the subscribing witnesses to the signature of Flora B. Collier to the above and foregoing document; that he saw the said Flora B. Collier execute the said document and that appears signed same, together with ______, the other subscribing witness.

Witness my hand and seal this 15TH day of April, 19 72.

[signature]
Notary Public

My commission expires [illegible]
day of July [illegible], 1973

**Individual**

State of Mississippi
County of ______

Personally appeared ______ the within named grantor(s) with whom I am personally acquainted, who acknowledged that he/she/they executed and delivered the same voluntarily as his/her/their act and deed.

RANKIN COUNTY MS THIS INSTRUMENT WAS FILED FOR RECORD
at 4-16 [illegible] 2:10
IN B 643 P 336
MURPHY ADKINS, CHY. CLK.
By [signature] D.C.

[Seal: CHANCERY CLERK RANKIN COUNTY MS]

Witness my hand and ______ day of ______

My commission expires this ______ day of ______, 19____

**Corporation Form**

State of Mississippi
County of ______

Before me ______ of the state and county aforesaid, appeared ______ with whom I am personally acquainted, and who, being duly sworn, acknowledged himself/herself to be ______ of the ______, the within named bargainor, a corporation, and further acknowledged that he/she as such ______ being authorized by the Board of Directors of said corporation, so to do, executed the foregoing instrument, and affixed the corporate seal thereto, for the purposes therein contained, by signing the name of the corporation by himself/herself as ______. And that the said ______ acknowledged the said writing to be the free act and deed of the said corporation.

Witness my hand and seal this ______ day of ______, 19____.

______
Notary Public

My commission expires this ______
day of ______, 19____

3 of 4

BOOK 643 PAGE 338

South Central Bell
A BELLSOUTH Company

(10)

# Right Of Way & Easement

K-10-090

For and in consideration of One Hundred & Ten 00/100 ($ 110.00) dollars and other good and valuable consideration, the receipt of which is hereby acknowledged, the undersigned, its successors, heirs and assigns do hereby grant to South Central Bell Telephone Company, its licensees, successors, and assigns (hereinafter referred to as Grantee), a right of way and easement to construct, operate, maintain, add and/or remove such lines or systems of communications or related services as the Grantee may require from time to time consisting of:

A. ~~Poles, guys, anchors, aerial cables and wires;~~
B. Buried cables, wires, terminals, markers, splicing boxes, pedestals;
C. Conduit, manholes, markers, underground cables and wires;
D. ~~Other amplifiers, boxes, appurtenances or devices; and~~
E. ~~Repeater stations, buildings, shelters, and structures for the protection and containment of the aforesaid and their appurtenances, including but not limited to:~~

Upon, over and under a strip of land 15'-0" feet wide across the following lands in Rankin County, State of Mississippi, Section 30 Township 6 North Range 4 East described as follows:

A 15'-0" wide easement on the West R.O.W. line of Andrew Chapel Drive. (See Sketch)

and to the fullest extent the undersigned has the power to grant, if at all, along and under the roads, streets, or highways adjoining or through said property.

The following rights are also granted: to allow any other person, firm or corporation to attach wires or lay cable or conduit or other appurtenances upon, over and under said easement for communications or electric power transmission or distribution; ingress and egress to said easement at all times; to clear the easement and keep it cleared of all trees, undergrowth or other obstructions; to trim and cut and keep trimmed and cut all dead, weak, leaning or dangerous trees or limbs outside of the easement which might interfere with or fall upon the lines or systems of communications or power transmission or distribution; and the right to relocate said facilities on said lands to conform to any future highway relocation, widening or improvements.

To have and to hold the above granted easement unto South Central Bell Telephone Company, its successors and assigns forever and in perpetuity.

Grantor(s) warrant(s) that he/she/they is/are the true owner(s) of record of the above described land on which the aforesaid easement is granted.

In witness whereof, the undersigned has/have caused this instrument to be executed on the Three 26th day of March 1992.

| | |
|---|---|
| Witness B.R. Breedlove | Owner x [signature] L.S. |
| Witness | Owner x [signature] L.S. |
| Name Of Corporation | St. P.O. Box 10644 |
| Attest | Title Jackson, Ms. 39286 |

**South Central Bell Telephone Company Use Only**

| Authority | Classification | Area | Dist. | Loc. | Exchange |
|---|---|---|---|---|---|
| 27J-0449N | R45C | 41169 | 4 | 58 | Brandon |

| | |
|---|---|
| Approved Q. V. Johnson | Title Manager |

Comments (1) Restore Lawn & Landscaping
(2) Restore any Drives as required

BOOK 643 PAGE 339

NORTH

Sketch

R/W E.O.P.
R/W E.O.P.
℄ 880'-0" ± ℄
ANDREW CHAPEL ROAD
R/W E.O.P.
R/W E.O.P.
15'-0" S.C.B. RIGHT OF WAY & EASEMENT
DONNEL COLLIER
FLORA COLLIER PROPERTY
(10) DONNEL COLLIER (HEIR) FOR LOUIS COLLIER (DECEASED)
WOODS ROAD

## Acknowledgements

### Proving The Witness

State of Mississippi
County of Hinds

Before me, the undersigned authority, personally came and appeared R.R. Bradley who being by me first duly sworn, deposed and said that he is one of the subscribing witnesses to the signature of Donnel Collier to the above and foregoing document; that he saw the said Donnel Collier execute the said document and that appearer signed same, together with ______, the other subscribing witness.

Witness my hand and seal this 15TH day of April 1992.

Notary Public

My commission expires

day of

### Individual

State of Mississippi
County of ______

Personally appeare[d] ______, the within named grantor(s) with whom I am personally acquainted, who acknowledged [that the above and foregoin]d instrument he/she/they executed and delivered the same voluntarily as his/her/their act and [deed].

RANKIN COUNTY MS
THIS INSTRUMENT WAS FILED FOR RECORD
4-16 2:10
DK B 643 P 338
MURPHY ADKINS, CHY. CLK.
D.C.

Witness my hand ar[d seal] ... [ex]pires this ______, 19___

(Seal: CHANCERY CLERK RANKIN COUNTY MS)

### Corporation Form

State of Mississippi
County of ______

Before me ______ of the state and county aforesaid, appeared ______ with whom I am personally acquainted, and who, being duly sworn, acknowledged himself/herself to be ______ of the ______, the within named bargainer, a corporation, and further acknowledged that he/she as such ______ being authorized by the Board of Directors of said corporation, so to do, executed the foregoing instrument, and affixed the corporate seal thereto, for the purposes therein contained, by signing the name of the corporation by himself/herself as ______. And that the said ______ acknowledged the said writing to be the free act and deed of the said corporation.

Witness my hand and seal this ______ day of ______ 19___

Notary Public

My commission expires this ______

day of ______, 19___

3064

BOOK 643 PAGE 340

**South Central Bell**
A BELLSOUTH Company

(H.)

## Right Of Way & Easement

PARCEL K10-120

For and in consideration of EIGHTY FOUR & 00/100 ($ 84.00) dollars and other good and valuable consideration, the receipt of which is hereby acknowledged, the undersigned, its successors, heirs and assigns do hereby grant to South Central Bell Telephone Company, its licensees, successors, and assigns (hereinafter referred to as Grantee), a right of way and easement to construct, operate, maintain, add and/or remove such lines or systems of communications or related services as the Grantee may require from time to time consisting of:

A. ~~Poles, guys, anchors, aerial cables and wires;~~
B. Buried cables, wires, terminals, markers, splicing boxes, pedestals;
C. Conduit, manholes, markers, underground cables and wires;
D. ~~Other amplifiers, boxes, appurtenances or devices; and~~
E. ~~Repeater stations, buildings, shelters, and structures for the protection and containment of the aforesaid and their appurtenances, including but not limited to:~~

Upon, over and under a strip of land 15'-0" feet wide across the following lands in RANKIN County, State of Mississippi, Section 30, Township 6 NORTH, Range 4 EAST, described as follows:

A 15'-0" WIDE EASEMENT ALONG THE WEST R.O.W. LINE OF ANDREW CHAPEL DRIVE. (SEE SKETCH

and to the fullest extent the undersigned has the power to grant, if at all, along and under the roads, streets, or highways adjoining or through said property.

The following rights are also granted: to allow any other person, firm or corporation to attach wires or lay cable or conduit or other appurtenances upon, over and under said easement for communications or electric power transmission or distribution; ingress and egress to said easement at all times; to clear the easement and keep it cleared of all trees, undergrowth or other obstructions; to trim and cut and keep trimmed and cut all dead, weak, leaning or dangerous trees or limbs outside of the easement which might interfere with or fall upon the lines or systems of communications or power transmission or distribution; and the right to relocate said facilities on said lands to conform to any future highway relocation, widening or improvements.

To have and to hold the above granted easement unto South Central Bell Telephone Company, its successors and assigns forever and in perpetuity.

Grantor(s) warrant(s) that he/she/they is/are the true owner(s) of record of the above described land on which the aforesaid easement is granted.

In witness whereof, the undersigned has/have caused this instrument to be executed on the 26TH day of MARCH, 19 92.

| | |
|---|---|
| Witness B.R. BREEDLOVE | Owner X [signature] L.S. |
| Witness | Owner X [signature] L.S. |
| Name Of Corporation | By P.O. BOX 10044 |
| Attest | Title JACKSON, MS. 39256 |

**South Central Bell Telephone Company Use Only**

| Authority | Classification | Area | Drwg. | Loc. | Exchange |
|---|---|---|---|---|---|
| 27J-0443N | R45C | 11199 | 4 | 65 | Brandon |
| Approved Q.V. Johnson | | Title [signature] | | | |

Comments (1) RESTORE LAWN & LANDSCAPING

BOOK 643 PAGE 341

NORTH

6416-M-SC (4-87) Reverse

## Sketch

R/W EOP E.O.P. R/W
℄ 168'-0"± ANDREW CHAPEL ROAD ℄
R/W EOP EOP R/W
15'-0" G.C.B. RIGHT OF WAY & EASEMENT
McNAL PROPERTY
DONNEL COLLIER PROPERTY
(11)
DONNEL COLLIER PROPERTY

## Acknowledgements

**Proving The Witness**

State of Mississippi
County of Rankin

Before me, the undersigned authority, personally came and appeared B.L. Bradley who being by me first duly sworn, deposed and said that he is one of the subscribing witnesses to the signature of Donnel Collier to the above and foregoing document; that he saw the said Donnel Collier execute the said document and that appearer signed same, together with ______ the other subscribing witness.

Witness my hand and seal this 15th day of April, 1992.

Notary Public

My commission expires this ______

day of ______, 19__

**Individual**

State of Mississippi
County of ______

Personally appe[ared] ... who acknowledg[ed] ... his/her/their act ... the within named grantor(s) with whom I am personally acquainted, ... [na]med instrument he/she/they executed and delivered the same voluntarily as

RANKIN COUNTY MS THIS INSTRUMENT WAS FILED FOR RECORD 4-16 92 2:10 BK 643 PG 341 MURPHY ADKINS, CHY. CLK. BY ______ D.C.

Witness my hand and seal this ______ day of ______

CHANCERY CLERK RANKIN COUNTY, MS

**Corporation Form**

State of Mississippi
County of ______

... expires this ______ ______, 19__

Before me ______ of the state and county aforesaid, appeared ______ with whom I am personally acquainted, and who, being duly sworn, acknowledged himself/herself to be ______ the ______ of ______ the within named bargainer, a corporation, and further acknowledged that he/she as such ______ being authorized by the Board of Directors of said corporation, so to do, executed the foregoing instrument, and affixed the corporate seal thereto, for the purposes therein contained, by signing the name of the corporation by himself/herself as ______. And that the said ______ acknowledged the said writing to be the free act and deed of the said corporation.

Witness my hand and seal this ______ day of ______, 19__

Notary Public

My commission expires this ______

day of ______, 19__

30-6-4

BOOK 643 PAGE 342

South Central Bell (12)
A BELLSOUTH Company

# Right Of Way & Easement

For and in consideration of Fifty & 00/100 ($ 50.00) dollars and other good and valuable consideration, the receipt of which is hereby acknowledged, the undersigned, its successors, heirs and assigns do hereby grant to South Central Bell Telephone Company, its licensees, successors, and assigns (hereinafter referred to as Grantee), a right of way and easement to construct, operate, maintain, add and/or remove such lines or systems of communications or related services as the Grantee may require from time to time consisting of:

- A. ~~Poles, guys, anchors, aerial cables and wires;~~
- B. Buried cables, wires, terminals, markers, splicing boxes, pedestals;
- C. Conduit, manholes, markers, underground cables and wires;
- D. ~~Other amplifiers, bonds, appurtenances or devices; and~~
- E. ~~Repeater stations, buildings, shelters and structures for the protection and containment of the aforesaid and their appurtenances, including but not limited to~~

Upon, over and under a strip of land 15'-0" feet wide across the following lands in RANKIN County, State of Mississippi, Section 30, Township 6 NORTH, Range 4 EAST, described as follows:

A 15'-0" WIDE EASEMENT ALONG THE WEST R.O.W. LINE OF ANDREW CHAPEL ROAD. (SEE SKETCH)

and to the fullest extent the undersigned has the power to grant, if at all, along and under the roads, streets, or highways adjoining or through said property.

The following rights are also granted: to allow any other person, firm or corporation to attach wires or lay cable or conduit or other appurtenances upon, over and under said easement for communications or electric power transmission or distribution; ingress and egress to said easement at all times; to clear the easement and keep it cleared of all trees, undergrowth or other obstructions; to trim and cut and keep trimmed and cut all dead, weak, leaning or dangerous trees or limbs outside of the easement which might interfere with or fall upon the lines or systems of communications or power transmission or distribution; and the right to relocate said facilities on said lands to conform to any future highway relocation, widening or improvements.

To have and to hold the above granted easement unto South Central Bell Telephone Company, its successors and assigns forever and in perpetuity.

Grantor(s) warrant(s) that he/she/they is/are the true owner(s) of record of the above described land on which the aforesaid easement is granted.

In witness whereof, the undersigned has/have caused this instrument to be executed on the 20TH day of MARCH, 1992.

| | |
|---|---|
| Witness: Robyn Breedlove [signature] | Owner: X Xannie B. McNeal L.S. |
| Witness: Kelsey Bradley [signature] | Owner: X Alice D. McNeal L.S. |
| Name Of Corporation | By 523 ANDREW CHAPEL RD BRANDON, MS. 39042 |
| Attest | Title |

**South Central Bell Telephone Company Use Only**

| Authority | Classification | Area | Dept. | Loc. | Exchange |
|---|---|---|---|---|---|
| 273-6445N | R45C | 41193 | 5 | 55 | Brandon |
| Approved: Q. V. Johnson [signature] | | Title: Manager | | | |

Comments (1) RESTORE LAWN & LANDSCAPING

BOOK 643 PAGE 343

8418-M-SC (4-87) Reverse

NORTH

Sketch

R/W EOP? 100'-0"± EOP R/W

ANDREW CHAPEL DRIVE

EOP EOP R/W R/W

15'-0" S.C.P. RIGHT OF WAY & EASEMENT

AGEE PROPERTY DRIVE DONNEL COLLIER PROPERTY

McNEAL PROPERTY HOUSE TRAILER 12

## Acknowledgements

### Proving The Witness

State of Mississippi
County of Hinds

Before me, the undersigned authority, personally came and appeared B.R. Buckley, who being by me first duly sworn, deposed and said that he is one of the subscribing witnesses to the signature of Ronnie B & Alice S. McNeal to the above and foregoing document; that he saw the said Ronnie B & Alice S. McNeal, execute the said document and that appearer signed same, together with ______, the other subscribing witness.

Witness my hand and seal this 15th day of April, 1992

Notary Public

My commission expires ______

day of ______

### Individual

State of Mississippi
County of ______

Personally appeared ______ the within named grantor(s) with whom I am personally acquainted, who acknowledged ______ said instrument he/she/they executed and delivered the same voluntarily as his/her/their act and deed.

RANKIN COUNTY MS THIS INSTRUMENT WAS FILED FOR RECORD 4-16 @ 3:10 BK 643 PG 342 MURPHY ADKINS, CHY. CLK. BY ______ D.C.

Witness my hand and seal this ______ day of ______

CHANCERY CLERK

My commission expires this ______

day of ______, 19__

### Corporation Form

State of Mississippi
County of ______

Before me ______ of the state and county aforesaid, appeared ______ with whom I am personally acquainted, and who, being duly sworn, acknowledged himself/herself to be ______ of the ______, the within named bargainer, a corporation, and further acknowledged that he/she as such ______, being authorized by the Board of Directors of said corporation, so to do, executed the foregoing instrument, and affixed the corporate seal thereto, for the purposes therein contained, by signing the name of the corporation by himself/herself as ______. And that the said ______ acknowledged the said writing to be the free act and deed of the said corporation.

Witness my hand and seal this ______ day of ______ 19__

Notary Public

My commission expires this ______

day of ______, 19__

3064

BOOK 643 PAGE 344

**South Central Bell** (13)
A BELLSOUTH Company

#.50

# Right Of Way & Easement

For and in consideration of FIFTY & 00/100 ($ 50.00) dollars and other good and valuable consideration, the receipt of which is hereby acknowledged, the undersigned, its successors, heirs and assigns do hereby grant to South Central Bell Telephone Company, its licensees, successors, and assigns (hereinafter referred to as Grantee), a right of way and easement to construct, operate, maintain, add and/or remove such lines or systems of communications or related services as the Grantee may require from time to time consisting of:

~~A. Poles, guys, anchors, aerial cables and wires;~~
B. Buried cables, wires, terminals, markers, splicing boxes, pedestals;
C. Conduit, manholes, markers, underground cables and wires;
~~D. Other amplifiers, boxes, appurtenances or devices; and~~
~~E. Repeater stations, buildings, shelters, and structures for the protection and containment of the aforesaid and their appurtenances, including but not limited to~~ ________

Upon, over and under a strip of land 15'-0" feet wide across the following lands in Rankin County, State of Mississippi, Section 30, Township 6 NORTH, Range 4 EAST, described as follows:
A 15'-0" WIDE EASEMENT ALONG THE WEST SIDE OF ANDREW CHAPEL ROAD (SEE SKETCH)

and to the fullest extent the undersigned has the power to grant, if at all, along and under the roads, streets, or highways adjoining or through said property.

The following rights are also granted: to allow any other person, firm or corporation to attach wires or lay cable or conduit or other appurtenances upon, over and under said easement for communications or electric power transmission or distribution; ingress and egress to said easement at all times; to clear the easement and keep it cleared of all trees, undergrowth or other obstructions; to trim and cut and keep trimmed and cut all dead, weak, leaning or dangerous trees or limbs outside of the easement which might interfere with or fall upon the lines or systems of communications or power transmission or distribution; and the right to relocate said facilities on said lands to conform to any future highway relocation, widening or improvements.

To have and to hold the above granted easement unto South Central Bell Telephone Company, its successors and assigns forever and in perpetuity.

Grantor(s) warrant(s) that he/she/they is/are the true owner(s) of record of the above described land on which the aforesaid easement is granted.

In witness whereof, the undersigned has/have caused this instrument to be executed on the 26Th day of MARCH, 19 92.

| | |
|---|---|
| B.R. Bradley<br>Witness | Owner<br>X Earlean Ag[illegible] L.S. |
| Witness | Owner<br>825 andrew Chapel Road |
| Name Of Corporation | By<br>Brandon, Ms. 39042 |
| Attest | Title |

**South Central Bell Telephone Company Use Only**

| Authority | Classification | Area | Dist. | Loc. | Exchange |
|---|---|---|---|---|---|
| 273-6442N | R45C | Miss | 5 | 56 | Brandon |

| Approved | Title |
|---|---|
| A.V. Johnson | Manager |

**Comments** RESTORE LAWN & ANY LANDSCAPING.

BOOK 643 PAGE 345

NORTH

8416-M-SC (4-87) Reverse

**Sketch**

R/W EOP 100'-0"± ANDREW CHAPEL ROAD EOP R/W

15'-0" SCB RIGHT OF WAY & EASEMENT

BURKETT PROPERTY

AGEE PROPERTY

McNEAL PROPERTY

DRIVE

HOUSE

(13)

## Acknowledgements

**Proving The Witness**

State of Mississippi
County of Hinds

Before me, the undersigned authority, personally came and appeared B. R. Bradford, who being by me first duly sworn, deposed and said that he is one of the subscribing witnesses to the signature of Earlee Agee to the above and foregoing document; that he saw the said Earlee Agee, execute the said document and that appearer signed same, together with ________, the other subscribing witness.

Witness my hand and seal this 15TH day of April 1992.

Notary Public

My commission expires this ____ day of July 1993

**Individual**

State of Mississippi
County of ______

RANKIN COUNTY MS THIS INSTRUMENT WAS FILED FOR RECORD 4-16 92 BK 643 PG 344 MURPHY ADKINS, CH. CLK. BY ____ D.C.

Personally appeared ____, the within named grantor(s) with whom I am personally acquainted, who acknowledged that he/she/they executed the within and foregoing instrument and delivered the same voluntarily as his/her/their act and deed.

Witness my hand and seal this ______ day of ______

RANKIN COUNTY MS CHANCERY CLERK

this ______ , 19__

**Corporation Form**

State of Mississippi
County of ______

Before me ______ of the state and county aforesaid, appeared ______ with whom I am personally acquainted, and who, being duly sworn, acknowledged himself/herself to be ______ of the ______, the within named bargainor, a corporation, and further acknowledged that he/she as such ______ being authorized by the Board of Directors of said corporation, so to do, executed the foregoing instrument, and affixed the corporate seal thereto, for the purposes therein contained, by signing the name of the corporation by himself/herself as ______. And that the said ______ acknowledged the said writing to be the free act and deed of the said corporation.

Witness my hand and seal this ______ day of ______ 19__

Notary Public

My commission expires this ______

day of ______ , 19__

BOOK 643 PAGE 346

South Central Bell
A BELLSOUTH Company

(14)

# Right Of Way & Easement

For and in consideration of FORTY & 00/100 ($ 40.00) dollars and other good and valuable consideration, the receipt of which is hereby acknowledged, the undersigned, its successors, heirs and assigns do hereby grant to South Central Bell Telephone Company, its licensees, successors, and assigns (hereinafter referred to as Grantee), a right of way and easement to construct, operate, maintain, add and/or remove such lines or systems of communications or related services as the Grantee may require from time to time consisting of:

~~A. Poles, guys, anchors, aerial cables and wires;~~
B. Buried cables, wires, terminals, markers, splicing boxes, pedestals;
C. Conduit, manholes, markers, underground cables and wires;
~~D. Other amplifiers, boxes, appurtenances or devices; and,~~
~~E. Repeater stations, buildings, shelters, and structures for the protection and containment of the aforesaid and their appurtenances, including but not limited to~~

Upon, over and under a strip of land 15'-0" feet wide across the following lands in County, State of Mississippi, Section 30, Township 6 NORTH, Range 4 EAST, described as follows:

-A 15'-0" WIDE EASEMENT ALONG THE WEST SIDE OF ANDREW CHAPEL ROAD. (SEE SKETCH).

and to the fullest extent the undersigned has the power to grant, if at all, along and under the roads, streets, or highways adjoining or through said property.

The following rights are also granted: to allow any other person, firm or corporation to attach wires or lay cable or conduit or other appurtenances upon, over and under said easement for communications or electric power transmission or distribution; ingress and egress to said easement at all times; to clear the easement and keep it cleared of all trees, undergrowth or other obstructions; to trim and cut and keep trimmed and cut all dead, weak, leaning or dangerous trees or limbs outside of the easement which might interfere with or fall upon the lines or systems of communications or power transmission or distribution; and the right to relocate said facilities on said lands to conform to any future highway relocation, widening or improvements.

To have and to hold the above granted easement unto South Central Bell Telephone Company, its successors and assigns forever and in perpetuity.

Grantor(s) warrant(s) that he/she/they is/are the true owner(s) of record of the above described land on which the aforesaid easement is granted.

In witness whereof, the undersigned has/have caused this instrument to be executed on the 19TH day of MARCH, 19 92.

| | |
|---|---|
| B.R. Breedlove<br>Witness B.R. BREEDLOVE | Owner x Arthur Lee Burkett L.S. |
| Witness | Owner L.S. |
| Name Of Corporation | By 527 ANDREW CHAPEL RD BRANDON, MS. 39042 |
| Attest | Title |

**South Central Bell Telephone Company Use Only**

| Authority | Classification | Area | Dwg. | Loc. | Exchange |
|---|---|---|---|---|---|
| 275-0445N | R45C | M155 | 5 | 57 | Brandon |

| Approved | Title |
|---|---|
| A.V. Johnson | Manager |

Comments (1) RESTORE LAWN & LANDSCAPING

BOOK 643 PAGE 347

NORTH

8416-M-SC (4-87) Reverse

**Sketch**

R/W
EOP
EOP
R/W
℄ 80'-0"± ℄
ANDREW CHAPEL ROAD
EOP
R/W
EOP
R/W
15'-0" S.C.S. RIGHT OF WAY & EASEMENT
COLLIER PROPERTY
GRAVEL DRIVE
BURKETT PROPERTY
ACEE PROPERTY
PL
14
PL

**Acknowledgements**

**Proving The Witness**

State of Mississippi
County of Hinds

Before me, the undersigned authority, personally came and appeared B L Bradford, who being by me first duly sworn, deposed and said that he is one of the subscribing witnesses to the signature of Arthur Lee Burkett to the above and foregoing document; that he saw the said Arthur Lee Burkett execute the said document and that appearer signed same, together with ______________ the other subscribing witness.

Witness my hand and seal this 15th day of April 1992.

Notary Public

My commission [illegible]

day of [illegible]

**Individual**

State of Mississippi
County of ______

Personally app[eared] ... who acknowle[dged] ... his/her/their ac[t] ... the within named grantor(s) with whom I am personally acquainted, [n]amed instrument he/she/they executed and delivered the same voluntarily as

RANKIN COUNTY MS THIS INSTRUMENT WAS FILED FOR RECORD 4-16 1992 2:10 BK 643 PG 346 MURPHY ADKINS, CHY. CLK. BY [signature] D.C.

Witness my han[d] ______ day of ______ 19__

Notary Public

My commission expires this ______

______, 19__

**Corporation Form**

State of Mississippi
County of ______________

Before me ______________ of the state and county aforesaid, appeared ______________ with whom I am personally acquainted, and who, being duly sworn, acknowledged himself/herself to be ______________ of the ______________, the within named bargainor, a corporation, and further acknowledged that he/she as such ______________ being authorized by the Board of Directors of said corporation, so to do, executed the foregoing instrument, and affixed the corporate seal thereto, for the purposes therein contained, by signing the name of the corporation by himself/herself as ______________. And that the said ______________ acknowledged the said writing to be the free act and deed of the said corporation.

Witness my hand and seal this ______ day of ______________ 19__

Notary Public

My commission expires this ______________

day of ______________, 19__

3064

BOOK 643 PAGE 348

**South Central Bell**
A BELLSOUTH Company

(15) -

# Right Of Way & Easement

SK16-44-SC (4-87)

.50¢

For and in consideration of THIRTY EIGHT & 50/100 ($ 38.50) dollars and other good and valuable consideration, the receipt of which is hereby acknowledged, the undersigned, its successors, heirs and assigns do hereby grant to South Central Bell Telephone Company, its licensees, successors, and assigns (hereinafter referred to as Grantee), a right of way and easement to construct, operate, maintain, add and/or remove such lines or systems of communications or related services as the Grantee may require from time to time consisting of:

A. ~~Poles, guys, anchors, aerial cables and wires;~~
B. Buried cables, wires, terminals, markers, splicing boxes, pedestals;
C. Conduit, manholes, markers, underground cables and wires;
D. ~~Other amplifiers, boxes, appurtenances or devices; and~~
E. ~~Repeater stations, buildings, shelters and structures for the protection and containment of the aforesaid and their appurtenances, including but not limited to,~~

Upon, over and under a strip of land 15'0" feet wide across the following lands in RANKIN County, State of Mississippi, Section 30, Township 6 NORTH, Range 4 EAST, described as follows:
A 15'-0" WIDE EASEMENT ALONG THE WEST R.O.W. OF ANDREW CHAPEL ROAD (SEE SKETCH)

and to the fullest extent the undersigned has the power to grant, if at all, along and under the roads, streets, or highways adjoining or through said property.

The following rights are also granted: to allow any other person, firm or corporation to attach wires or lay cable or conduit or other appurtenances upon, over and under said easement for communications or electric power transmission or distribution; ingress and egress to said easement at all times; to clear the easement and keep it cleared of all trees, undergrowth or other obstructions; to trim and cut and keep trimmed and cut all dead, weak, leaning or dangerous trees or limbs outside of the easement which might interfere with or fall upon the lines or systems of communications or power transmission or distribution; and the right to relocate said facilities on said lands to conform to any future highway relocation, widening or improvements.

To have and to hold the above granted easement unto South Central Bell Telephone Company, its successors and assigns forever and in perpetuity.

Grantor(s) warrant(s) that he/she/they is/are the true owner(s) of record of the above described land on which the aforesaid easement is granted.

In witness whereof, the undersigned has/have caused this instrument to be executed on the 25TH day of MARCH, 19 92.

| | |
|---|---|
| Witness: B.R. Broadlove [signature] | Owner: X [signature] Collins L.S. |
| Witness: E.B. Broadlove [signature] | Owner: X Mary A. Collins L.S. |
| Name Of Corporation | Street: 108 KINGS ROAD |
| Attest | State: BRANDON, MS. 39042 |

**South Central Bell Telephone Company Use Only**

| Authority | Classification | Area | Dist. | Loc. | Exchange |
|---|---|---|---|---|---|
| 27J-0445N | R45C | MISS | 5 | 58 | Brandon |

| | |
|---|---|
| Approved: A.V. Johnson [signature] | Title: Manager |

**Comments** (1) RESTORE LAWN & LANDSCAPING

BOOK 643 PAGE 349

NORTH

## Sketch

R/W
EOP
77'-0" ±
EOP
R/W
ANDREW CHAPEL ROAD
EOP
EOP
R/W
15'-0" WIDE S.C.B. RIGHT OF WAY & EASEMENT
HIGGINS ROAD
15
EDDIE COLLIER/ MARY COLLIER PROPERTY
BURKETT PROPERTY

## Acknowledgements

### Proving The Witness

State of Mississippi
County of Rankin

Before me, the undersigned authority, personally came and appeared B.R. Bufkin who being by me first duly sworn, deposed and said that he is one of the subscribing witnesses to the signature of Eddie & Mary A. Collier foregoing document; that he saw the said Eddie & Mary Collier, execute the said document and that appearer signed same, together with ________ the other subscribing witness.

Witness my hand and seal this 15th day of April, 1977

Notary Public

My commission expires ________ day of July, 1981

### Individual

State of Mississippi
County of ________

RANKIN COUNTY MS THIS INSTRUMENT WAS FILED FOR RECORD
at 4th 9:10
DB 643 Pg 349
MURPHY ADAMS, CHY. CLK.
BY ________ D.C.

Personally appeared ________, the within named grantor(s) with whom I am personally acquainted, who acknowledged his/her/their act and ________ instrument he/she/they executed and delivered the same voluntarily as

Witness my hand and seal this ________ day of ________

RANKIN COUNTY, MS CHANCERY CLERK (seal)

expires this ________, 19____

### Corporation Form

State of Mississippi
County of ________

Before me ________ of the state and county aforesaid, appeared ________ with whom I am personally acquainted, and who, being duly sworn, acknowledged himself/herself to be ________ the ________ the within named bargainor, a corporation, and further acknowledged that he/she as such ________ of ________, being authorized by the Board of Directors of said corporation, so to do, executed the foregoing instrument, and affixed the corporate seal thereto, for the purposes therein contained, by signing the name of the corporation by himself/herself as ________. And that the said ________ acknowledged the said writing to be the free act and deed of the said corporation.

Witness my hand and seal this ________ day of ________, 19____

Notary Public

My commission expires this ________

day of ________, 19____

3064 BOOK 643 PAGE 350

South Central Bell (16)
A BELLSOUTH Company

# Right Of Way & Easement

For and in consideration of Twenty Five & 00/100 ($ 25.00) dollars and other good and valuable consideration, the receipt of which is hereby acknowledged, the undersigned, its successors, heirs and assigns do hereby grant to South Central Bell Telephone Company, its licensees, successors, and assigns (hereinafter referred to as Grantee), a right of way and easement to construct, operate, maintain, add and/or remove such lines or systems of communications or related services as the Grantee may require from time to time consisting of:

~~A. Poles, guys, anchors, aerial cables and wires;~~
B. Buried cables, wires, terminals, markers, splicing boxes, pedestals;
C. Conduit, manholes, markers, underground cables and wires;
~~D. Other amplifiers, boxes, appurtenances or devices; and~~
~~E. Repeater stations, buildings, shelters, and structures for the protection and containment of the aforesaid and their appurtenances, including but not limited to~~

Upon, over and under a strip of land 15'-0" feet wide across the following lands in Rankin County, State of Mississippi, Section 30 Township 6 NORTH Range 4 EAST described as follows:

(SEE SKETCH)
A 15'-0" WIDE EASEMENT ALONG THE WEST R.O.W. LINE OF ANDREW CHAPEL ROAD

and to the fullest extent the undersigned has the power to grant, if at all, along and under the roads, streets, or highways adjoining or through said property.

The following rights are also granted: to allow any other person, firm or corporation to attach wires or lay cable or conduit or other appurtenances upon, over and under said easement for communications or electric power transmission or distribution; ingress and egress to said easement at all times; to clear the easement and keep it cleared of all trees, undergrowth or other obstructions; to trim and cut and keep trimmed and cut all dead, weak, leaning or dangerous trees or limbs outside of the easement which might interfere with or fall upon the lines or systems of communications or power transmission or distribution; and the right to relocate said facilities on said lands to conform to any future highway relocation, widening or improvements.

To have and to hold the above granted easement unto South Central Bell Telephone Company, its successors and assigns forever and in perpetuity.

Grantor(s) warrant(s) that he/she/they is/are the true owner(s) of record of the above described land on which the aforesaid easement is granted.

In witness whereof, the undersigned has/have caused this instrument to be executed on the 20th day of MARCH, 1992.

| | |
|---|---|
| B.R. Broadhove<br>Witness | Owner<br>X Dorothy L. Brown L.S. |
| Witness | Owner<br>X L.S. |
| Name Of Corporation | By 310 ANDREW CHAPEL |
| Attest | Title BRANDON, MS. 39042 |

**South Central Bell Telephone Company Use Only**

| Authority | Classification | Area | Dist. | Loc. | Exchange |
|---|---|---|---|---|---|
| 27J-0445N | R45C | M199 | 5 | 59 | Brandon |

| Approved | Title |
|---|---|
| A.V. Johnson | Manager |

Comments (1) RESTORE LAWN & LANDSCAPING

BOOK 643 PAGE 351

NORTH

## Sketch

R/W ... R/W
EOP ... EOP
50.0'± ANDREW CHAPEL ROAD
EOP EOP
R/W 15.0' SCS EASEMENT
DORITHY BROWN PROPERTY (16)
R/W
VACANT HOUSE
SPAIN ROAD
KING ROAD
COLLIER PROPERTY
R/W

## Acknowledgements

### Proving The Witness

State of Mississippi
County of Hinds

Before me, the undersigned authority, personally came and appeared B.B. [illegible] who being by me first duly sworn, deposed and said that he is one of the subscribing witnesses to the signature of [illegible] to the above and foregoing document; that he saw the said [illegible] execute the said document and that appearer signed same, together with __________, the other subscribing witness.

Witness my hand and seal this 15TH day of April, 19 97.

Notary Public

My commission expires this ______

day of ______, 19 __

### Individual

State of Mississippi
County of ______

Personally appeared before me ______ the within named grantor(s) with whom I am personally acquainted, who acknowledged that, being ... that he/she/they executed and delivered the same voluntarily as his/her/their act and deed for the purposes therein ...

RANKIN COUNTY MS THIS INSTRUMENT WAS FILED FOR RECORD 4-16 @ 2:10 IN B 643 P 350 MURPHY ADKINS, CHY. CLK. BY [illegible] D.C.

Witness my hand and seal this ______ 19 __

Notary Public

My commission expires this ______

day of ______, 19 __

### Corporation Form

State of Mississippi
County of ______

Before me ______ of the state and county aforesaid, appeared ______ with whom I am personally acquainted, and who, being duly sworn, acknowledged himself/herself to be ______ of the ______ the within named bargainer, a corporation, and further acknowledged that he/she as such ______ being authorized by the Board of Directors of said corporation, so to do, executed the foregoing instrument, and affixed the corporate seal thereto, for the purposes therein contained, by signing the name of the corporation by himself/herself as ______. And that the said ______ acknowledged the said writing to be the free act and deed of the said corporation.

Witness my hand and seal this ______ day of ______, 19 __

Notary Public

My commission expires this ______

day of ______, 19 __