# Gregory, Samuel

| | |
|---|---|
| **From:** | Bey, Sheryl |
| **Sent:** | Thursday, December 10, 2020 1:52 PM |
| **To:** | Gregory, Samuel |
| **Subject:** | FW: Reason for Permit Suspension |
| **Attachments:** | Utility Agreement.pdf; ATT00001.htm |

fyi

**From:** BOYD, JOEY <jb7194@att.com>
**Sent:** Thursday, December 10, 2020 1:15 PM
**To:** Bey, Sheryl <sbey@bakerdonelson.com>
**Subject:** FW: Reason for Permit Suspension

Utility agreement is attached.


**Joey Boyd**
Area Manager Construction and Engineering
MSLA Wireline Engineering

**AT&T TECHNOLOGY OPERATIONS**
2115 Hwy 471 Brandon MS 39047
m  601-951-6371 | jb7194@att.com

AT&T Proprietary (Internal Use Only) Not for use or disclosure outside the AT&T companies except under written agreement
This message and any attachments to it contain confidential business information intended solely for the recipients. If you have received this email in error please do not forward or distribute it to anyone else, but telephone (601)-951-6371 to report the error, and then delete this message from your system.


**From:** WALKER, MICHAEL L <mw1096@att.com>
**Sent:** Tuesday, October 20, 2020 4:26 PM
**To:** BOYD, JOEY <jb7194@att.com>
**Subject:** Fwd: Reason for Permit Suspension

See response from Rankin County. Any insight you can give before I call him?

Michael Walker
601 405 2451

Begin forwarded message:

> **From:** Craig Slay <cslay@rankincounty.org>
> **Date:** October 20, 2020 at 2:58:25 PM CDT

1

EXHIBIT B

**To:** "WALKER, MICHAEL L" <mw1096@att.com>
**Cc:** Steve Gaines <sgaines@rankincounty.org>, Tim Parker <tparker@engservice.com>, Jake Keys <jkeys@engservice.com>, Mike Harrison <mharrison@rankincounty.org>
**Subject: Reason for Permit Suspension**

Mr. Michael Walker:

You emailed me today asking me to explain why Rankin County has placed all of AT&T's permit requests in suspense.  By way of explanation, I am transmitting for your review the below email from James Franklin to Rankin County dated September 30, 2020, along with the attachment hereto.

In summary, all AT&T permits have been placed in suspense because AT&T is intending to charge Rankin County the sum of approximately $210,000 in relocation costs associated with the Andrew Chapel Road Project.  This road project has been planned by Rankin County for over 12 years.  Roughly one year ago, my Board issued a general obligation bond that FINALLY set in motion the construction of this incredibly important road project.  In December 2019, Rankin County convened a meeting with all utilities that have infrastructure along Andrew Chapel Road and advised all utilities to begin implementing the relocation of all lines.  Over 9 months later, AT&T sends Rankin County a demand for $210,000 in "costs."  This is totally unacceptable.  Rankin County tax payers should not bear any of this burden.  This project has a finite amount of funds assigned to it.  There are no funds to pay this demand.

Until AT&T reconsiders and rescinds this demand, no Rankin County permits will be issued to AT&T.

**Craig L. Slay
Board Attorney
Rankin County Board of Supervisors**

---

**From:** FRANKLIN, JAMES S [mailto:jf9686@att.com]
**Sent:** Wednesday, September 30, 2020 3:38 PM
**To:** Jake Keys <jkeys@engservice.com>; Craig Slay <cslay@rankincounty.org>; Janice Dendy <adjd@rankincounty.org>
**Cc:** Steve Gaines <sgaines@rankincounty.org>
**Subject:**

Attached is a Utility Agreement for the relocation cost associated with Rankin County road project 17-E-8044 Andrew Chapel Rd. The cost ratio split was determined by the amount of AT&T facilities on private right-of-way versus public right-of-way. This authorization addresses our facilities from B.O.P. station 11+16 to Palm Hill Rd station 95+50. Please review, sign and execute the attached Utility Agreement and return to me as soon as possible. Please contact me with any questions you may have.


Thank You,

**Steve Franklin**
Manager OSP Planning & Design
AT&T Technology Operations

**AT&T Mississippi DBA Bellsouth Telecommunications, LLC**

2115 Hwy 471 Brandon, MS 39047
601-829-0235 Office
601-260-9498 Cell
steve.franklin@att.com

*AT&T Proprietary (Internal Use Only)*
*Not for use or disclosure outside the AT&T companies except under written agreement*
*This message and any attachments to it contain confidential business information intended solely for the recipients. If you have received this email in error please do not forward or distribute it to anyone else, but telephone (601)-829-0235 to report the error, and then delete this message from your system.*

**County confidentiality disclaimer:** The information contained or attached in this electronic message is confidential and may be legally privileged. It is intended solely for the addressee. If you are not the intended recipient, any disclosure, copying, or distribution of the message, or any action or omission taken by you in reliance on it, is prohibited and may be unlawful. Please immediately contact the sender if you have received this message in error. Thank you. In addition, this message has been scanned by Rankin County's spam and virus protection services.

Any and all views, opinions, conclusions or other information contained in this electronic communication are solely those of the author and do not represent nor are endorsed by Rankin County, its elected officials, or its employees unless specifically indicated in the content of this message by an individual authorized to do so.